UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIT LEE, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES, a foreign corporation; and AMGUARD INSURANCE COMPANY,<br><br>　　　　　　　　Defendants. | No.: 2:20-cv-01634-BJR<br><br>STIPULATED MOTION AND ORDER FOR LEAVE TO FILE <u>SECOND</u> AMENDED COMPLAINT AND RESPONSIVE PLEADING |

**I. STIPULATION**

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff Kit Lee and Defendants Berkshire Hathaway GUARD Insurance Companies and AmGuard Insurance Company jointly move for an order granting leave to file a Second Amended Complaint to remove Defendant Berkshire Hathaway GUARD Insurance Companies from the above-captioned case and to add a few details to the pleading. This stipulation is to solely request permission for Plaintiff to file its amended pleading and does not concern the merits of the Amended Complaint filed on December 4, 2020 (ECF No. 6). A redlined version of the proposed <u>Second</u> Amended Complaint identifying how it differs from the original filing of the first Amended Complaint is attached hereto as **Exhibit A**. A clean copy of the Second Amended Complaint is attached hereto as **Exhibit B**. The parties

---

STIPULATED MOTION AND ORDER FOR
LEAVE TO FILE <u>SECOND</u> AMENDED
COMPLAINT - 1
(Case No. 2:20-cv-01634-BJR)

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1  agree for Defendant Amguard Insurance Company to file its responsive pleading within 20 days

2  of service of the amended pleading.

3  Dated: January 20, 2021						JED POWELL & ASSOCIATES, PLLC

By: *s/ John E.D. Powell*
John E. D. Powell, WSBA #12941

**Attorneys for Plaintiff:**

Kit Lee

Jed Powell & Associates, PLLC
7191 Wagner Way, Suite 202
Gig Harbor, WA 98335
Phone: (206) 618-1753
Email: jed@jedpowell.com

Dated: January 20, 2021						GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Neal J. Philip*
Neal J. Philip, WSBA #22350

**Attorneys for Defendants:**

Berkshire Hathaway GUARD Insurance Companies and Amguard Insurance Company

Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822
Email: nphilip@grsm.com

---

STIPULATED MOTION AND ORDER FOR
LEAVE TO FILE SECOND AMENDED
COMPLAINT - 2
(Case No. 2:20-cv-01634-BJR)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## II.  ORDER

Based on the above Stipulation, it is ORDERED that:

The Parties' Stipulated Motion for Leave to File Second Amended Complaint (Dkt. No. 10) is GRANTED.

DATED January 20, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 3
(Case No. 2:20-cv-01634-BJR)

GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822