HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KIT LEE, an individual<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMGUARD INSURANCE COMPANY, a foreign insurance corporation,<br><br>　　　　　　Defendant. | NO. 2:20-CV-1634 BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**STIPULATION**

Plaintiff Kit Lee and Defendant AmGUARD Insurance Company have resolved all claims in this matter through settlement. These parties therefore stipulate and agree this matter can and should be dismissed with prejudice and without any award of costs or attorney's fees to either party.

By: *s/ John E.D. Powell*　　　　　　　　　　Date:  3/7/2022
　　John E.D. Powell
　　*Attorneys for Plaintiffs*

STIPULATION AND (PROPOSED) ORDER
OF DISMISSAL - 1
No. 2:20-cv-01634-BJR

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

#5129928 v1 / 75006-001

By: *s/ Neal J. Philip*   Date: 3/8/2022
Neal J. Philip
*Attorneys for Defendant AmGUARD Insurance Co.*

By: *s/ Jacquelyn A. Beatty*   Date: 3/8/2022
Jacquelyn A. Beatty
*Co-Counsel for Defendant AmGUARD Insurance Co.*

# ORDER

Pursuant to the foregoing stipulation of the parties, this Court ORDERS that this matter be dismissed with prejudice and without any award of costs or attorney's fees.

Dated this 14th day of March 2022.

*[signature]*

Barbara Jacobs Rothstein
U.S. District Court Judge

,

STIPULATION AND (PROPOSED) ORDER
OF DISMISSAL - 2
No. 2:20-cv-01634-BJR

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

#5129928 v1 / 75006-001